1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division
4  DENEE A. DILUIGI (COSBN 35082)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7031
7  Fax: (415) 436-7234
   Email: Denee.DiLuigi@usdoj.gov
8
9  Attorneys for Plaintiff
10
                    UNITED STATES MAGISTRATE COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14                                        )    No.    CR 3-05-70262 JL
                                          )
15  UNITED STATES OF AMERICA,             )    STIPULATION CONTINUING DATE OF
                                          )    PRELIMINARY HEARING OR
16       Plaintiff,                       )    ARRAIGNMENT AND EXCLUDING
                                          )    TIME UNDER THE SPEEDY TRIAL ACT
17       v.                               )    CALCULATION (18 U.S.C. §
                                          )    3161(h)(8)(A)) AND [PROPOSED]
18  ZIBU GAO et al (BRANDY DOUGLASS),     )    ORDER
                                          )
19       Defendant.                       )
                                          )
20  _____ )

21       On June 3, 2005, the parties in this case appeared before the Court and Ms. Douglass waived

22  her right to a preliminary hearing or arraignment within twenty days of her initial appearance.

23  Based on Ms. Douglass' waiver, the parties scheduled the next appearance in this matter for June

24  30, 2005 at 9:30 a.m. before Judge James for a preliminary hearing or arraignment.

25       The parties request this continuance on the grounds that: (1) the United States has not yet

26  provided all relevant discovery related to Ms. Douglass; (2) Once discovery is provided to

27  counsel for Ms. Douglass, he will require adequate time to review this discovery and further

28  discuss it with Ms. Douglass; (3) the United States and counsel for Ms. Douglass are exchanging

1  information that may have an impact Ms. Douglass's disposition; and (4) counsel for Ms.
2  Douglass believes that postponing the preliminary hearing is in Ms. Douglass' best interest, and
3  that it is not in his client's interest for the United States to indict the case before the June 30,
4  2005 preliminary hearing date.  The parties agree that the requested continuance is necessary for
5  continuity of defense counsel and effective preparation of defense counsel.
6      The parties stipulate and agree that the above-stated reasons constitute good cause to support
7  a continuance under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
8  The parties also stipulate and agree that the stated reasons support a continuance of the
9  preliminary hearing or arraignment date under Title 18, United States Code, Sections 3161(b)
10 and 3161(h)(8)(B)(iv) and that the failure to grant the requested continuance would deny the
11 defendant continuity of counsel and deny counsel for the defense the reasonable time necessary
12 for effective preparation, taking into account the exercise of due diligence.
13 IT IS SO STIPULATED.
14
15 DATED:   6/20/05                                           /S/ Denee A. DiLuigi
                                                              DENEE A. DILUIGI
16                                                            Special Assistant United States Attorney
17
18 DATED:   6/28/05                                           /S/ Geoff Rotwein
                                                              GEOFF ROTWEIN
19                                                            Attorney for Ms. Douglass
20
21                                          O R D E R
22      For the foregoing reasons, the Court finds that good cause is shown and concludes that the
23 continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. §
24 3060.
25      The Court FURTHER ORDERS that an exclusion of time between June 3, 2005 and June
26 30, 2005, is warranted under the Speedy Trial Act because a failure to grant the continuance
27 would deny the defendant continuity of counsel and would unreasonably deny defense counsel
28 and the reasonable time necessary for effective preparation, taking into account the exercise of

STIPULATION AND [PROPOSED] ORDER
CR 3-05-70262 JL                                     2

1  due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by
2  excluding time under the Speedy Trial Act outweigh the best interest of the public and the
3  defendant in a speedy trial and in the prompt disposition of criminal cases. Id. § 3161(h)(A).
4  The Court, therefore, concludes that this exclusion of time is proper pursuant to 18 U.S.C. §
5  3161(h)(8)(B)(iv).
6      The defendant is HEREBY ORDERED to appear before this Court on June 30, 2005 at 9:30
7  a.m.
8  IT IS SO ORDERED.

10 DATED:  ~~6/29/05~~    7/6/05       /s/
                                         NANDOR VADAS
11                                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 3-05-70262 JL         3